UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-67-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC ELWIN LEVAN | ORDER |

On motion of the Defendant, Eric Elwin Levan, and for good cause shown, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry # 37 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and counsel for the defendant.

IT IS SO ORDERED.

This the  30th  day of    July       , 2018.

_____
LOUISE W. FLANAGAN
United States District Judge