FILED IN OPEN COURT
ON 8/6/18 [signature]
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.  7:17-CR-67-FL

UNITED STATES OF AMERICA      :
                         :
        v.                :
                         :
ERIC ELWIN LEVAN              :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Eric Elwin Levan, on March 14, 2018 to violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B), and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 2253, to wit:

**Personal Property**

a) a Toshiba laptop with serial number ZA336598K,
b) a Toshiba 250 GB hard drive with serial number Y0IRT316T,
c) a Coolpad 5950 cell phone, and
d) Accompanying power cords; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.   That based upon the Guilty Plea as to the defendant,

1

ERIC ELWIN LEVAN, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 6ᵗ day of _____, 2018.

LOUISE W. FLANAGAN
United States District Judge

2